# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2011

142828

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JULIE ANN REID,
        Defendant-Appellant.
_____/

SC: 142828
COA: 301939
Cheboygan CC: 09-004099 FH

On order of the Court, the application for leave to appeal the March 10, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011

_____
Clerk

p0620